

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00158-CV

_____

**ALVIE ROBINSON,**

**Appellant**

**v.**

**ALICIA SCOTT AND BRANDEN MULLENS,**

**Appellee**

_____

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 25,737**

_____

# O R D E R

_____

Appellant's motion to suspend the requirement of the number of copies of his brief is granted. Appellant is permitted to file an original of his brief only. He must still, however, serve a copy of his brief on all parties to this appeal.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed July 20, 2016

